AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ORBITAL ENGINEERING INC
    Plaintiff

v.             **Civil Action No.** 2:22cv185

DVG TEAM INC
ZACHARY TOPOLL
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is ENTERED in favor of plaintiff Orbital Engineering Inc and against defendants DVG Team Inc and Zachary Topoll. The total amount of (three hundred and fifty thousand dollars) $350,000.00 including all costs of suit and attorney's fee is to be paid by defendants.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

**X** decided by Judge Philip P Simon on defendant's stipulation to dismiss.

DATE:   9/24/2024          CHANDA J. BERTA, CLERK OF COURT
                                  by    s/R. Figueroa
                                                       *Signature of Clerk or Deputy Clerk*