AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ORBITAL ENGINEERING INC
    Plaintiff

v.                                               **Civil Action No.**    2:22cv185

DVG TEAM INC
ZACHARY TOPOLL
    Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is ENTERED in favor of plaintiff Orbital Engineering Inc and against defendants DVG Team Inc and Zachary Topoll. The total amount of (three hundred and fifty thousand dollars) $350,000.00, post judgment interest rate 3.95%, including all costs of suit and attorney's fees to be paid by defendants.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.:

**X** decided by Judge Philip P Simon on defendant's stipulation to dismiss.

DATE:   9/25/2024              CHANDA J. BERTA, CLERK OF COURT
                                          by   s/R. Figueroa
                                                         *Signature of Clerk or Deputy Clerk*